UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

FILED VIA MAIL
MAY 1 4 2004
CLERK U.S. BANKRUPTCY
ORLANDO, FL

IN RE:

William Cornejo

CASE NO. 6:04-bk-02058-ABB
CHAPTER 7 PROCEEDING

Debtor(s)

## MOTION TO DISMISS

COMES NOW THE MOVANT, Insight Financial Credit Union, a secured creditor of Debtor(s) in the above captioned case, by and through its undersigned attorneys, Trimmier Law Firm, and for its Motion to Dismiss, states as follows:

1. The Debtor is indebted to Insight Financial Credit Union, a secured creditor.

2. The Debtor has not reaffirmed the debt owed to the Credit Union, redeemed the collateral, or surrendered the collateral to the Credit Union as required by law.

3. The debtor in a Chapter 7 case may not retain the collateral without performing one of these three options. In re Taylor, 3 F. 3d 1512 (11th Cir. 1993).

4. A secured creditor has the right to move to dismiss the case pursuant to Bankruptcy Code §707(a) if the debtors do not perform. In re Harris, 226 B.R. 924 (Bankr. S.D. Fla. 1998); In re Casenove, 306 BR 367 (Bankr. M.D. Fla. 2004).

WHEREFORE, Movant hereby prays as follows:

1. Movant requests that this honorable Court dismiss this bankruptcy case with prejudice; and

2. For such other relief as is just.

_____
Chip Trimmier, Esquire
Florida Bar No. 71064
Trimmier Law Firm, Attorneys for Insight Financial Credit Union
Post Office Box 1885
Birmingham, Alabama 35201
(205) 251-3151

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion has been furnished by U.S. Mail, postage prepaid, to the following

| William Cornejo<br>1604 Golden Poppy Ct<br>Orlando, FL 32824 | Flavio E. Alvarez, Esquire<br>911 North Main Street, Suite 2<br>Kissimmee, FL 34744 | Scott Fransen, Trustee<br>Post Office Box 4965<br>Winter Park, FL 32793 |
|---|---|---|

Aaa Financial Services
Po Box 15019
Wilmington, DE 19886

Act Mortgage Capitol
8330 State Rd 84
Davie, FL 33324

Bank Of America
Po Box 25118
Tampa, FL 33622

Bank of America, NA
P.O.Box 2278
Norfolk, VA 23501

Chase Manhattan Bank USA,
N.A.
P.O. Box 52176
Phoenix, AZ 85072-2176

Chase Platinum Mater Card
Po Box 15659
Wilmington, DE 19886-5659

Citi Platinum Selec Card
Box 6500
Sioux Falls, SD 57117

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee, FL 32314-6668

Insight Financial
Po Box 4900
Orlando, FL 32802

Insight Financial Credit Union
206 E.Hillcrest St.
Orlando, FL 32801

Orange County Tax Collector
Attn: Earl K. Wood
Post Office Box 2551
Orlando, FL 32801

Western Union
Po Box 21550
Tulsa, OK 74121-1550

this 11th day of May, 2004.

_____
Chip Trimmier, Esquire