UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

FILED

AUG  6 2004

CLERK U.S. BANKRUPTCY
ORLANDO DIVISION

IN RE:                                          ]
                                                ]
William Cornejo                                 ]
                                                ]    CASE NO. 6:04-bk-02058-ABB
                                                ]
                                                ]    CHAPTER 7 PROCEEDING
                                                ]
                    Debtor(s)                   ]

ORDER ON INSIGHT FINANCIAL CREDIT UNION'S MOTION TO DISMISS

Insight Financial Credit Union, having moved for dismissal and for Debtor to be compelled to perform duties to secured creditors as required by the Bankruptcy Code, and said matter having come before this court upon notice and a hearing on the 22nd day of July, 2004. The collateral is in a repair shop subject to a mechanic's lien and the debtor indicated that he wished to surrender the collateral at that location in that condition. It is hereby ORDERED AND ADJUDGED, that the collateral is deemed surrendered and the Motion to Dismiss is hereby DENIED.

Ordered in the MIDDLE District of FLORIDA this _6th_ day of _August_, 20 _04_.

HONORABLE ARTHUR B BRISKMAN
UNITED STATES BANKRUPTCY JUDGE
MIDDLE DISTRICT OF FLORIDA

SEND COPIES TO:

Chip Trimmier, Esquire
Counsel for Insight Financial Credit Union
Trimmier Law Firm
Post Office Box 1885
Birmingham, Alabama 35201

William Cornejo
1604 Golden Poppy Ct
Orlando, FL 32824

Flavio E. Alvarez
Counsel for Debtor(s)
911 North Main Street, Suite 2
Kissimmee, FL 34744

Scott Fransen, Trustee
Post Office Box 4965
Winter Park, FL 32793